```
_____ FILED _____ LODGED
             _____ RECEIVED
           FEB 0 4 2015
        CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

1

2

3

4

5

6

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

8

9

10

11

12

13

14

| | |
|---|---|
| MIDBROOK FLOWERBULBS HOLLAND B.V.,                    ) | |
| ) | NO. 3:14-cv-05409-RJB |
| Plaintiff,          ) | |
| vs.                 ) | |
| ) | ORDER ISSUING WRIT OF GARNISHMENT |
| HOLLAND AMERICA BULB FARMS, INC., ) a Washington corporation, ) | |
| Defendant,          ) | Miscellaneous Action No. MC15-5004BHS |
| ) | |
| COLUMBIA BANK,       ) | |
| Garnishee Defendant ) | |
| ) | |

15

16

17

THIS MATTER having come before the undersigned judge of the above entitled Court upon the Plaintiff's Application for Writ of Garnishment, and the Court being fully advised in the premises, NOW, THEREFORE, it is hereby

18

//

19

//

20

//

21

22

ORDER ISSUING WRIT OF
GARNISHMENT - 1

*SCHWEET LINDE & COULSON, PLLC*
575 S. MICHIGAN STREET
SEATTLE, WA 98108
P (206) 275-1010   F (206) 381-0101

1    ORDERED, ADJUDGED AND DECREED that the Application for Writ of

2  Garnishment is granted and the Writ of Garnishment shall be issued in accordance with

3  Plaintiff's Application for Writ of Garnishment.

4    DONE EX PARTE this _____ day of _____ 2015.

5

6    _____

7    Judge/Court Commissioner

Presented by:

8

SCHWEET LINDE & COULSON, PLLC

9

10   _____

Thomas S. Linde, WSBA # 14426

11  Schweet Linde & Coulson, PLLC

575 S. Michigan St.

12  Seattle, WA 98108

Telephone: (206) 381-0125

13  Fax: (206) 381-0101

E-mail: TomLinde@schweetlaw.com

14

15

16

17

18

19

20

21

22

ORDER ISSUING WRIT OF                    **SCHWEET LINDE & COULSON, PLLC**
GARNISHMENT - 2                                      575 S. MICHIGAN STREET
                                                     SEATTLE, WA 98108
                                           P (206) 275-1010   F (206) 381-0101